The Honorable Robert S. Lasnik

1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

13

14

DANIELLE SMITH,

CASE NO. C20-1619-RSL

15

Plaintiff,

STIPULATION AND ORDER OF
DISMISSAL

16

v.

17

UNITED STATES OF AMERICA,

18

Defendant.

19

20

**JOINT STIPULATION**

21

COME now the parties hereto, by and through their respective counsel of record, and

22

hereby stipulate that this action, including any and all claims, counterclaims and cross-claims,

23

whether for indemnity and/or contribution by and among the parties hereto, and any and all

24

25

others, whether or not actually asserted to date, shall be dismissed with prejudice and without

26

cost to any party.

27

The parties further stipulate that this matter has been fully compromised and settled.

28

//

STIPULATION AND ORDER OF DISMISSAL C20-1619-
RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    DATED this 25th day of February, 2021.

2

3    BRIAN T. MORAN

4    United States Attorney

5

6    _s/ Kristen R. Vogel_                              _s/ Jesse Froehling_
     KRISTEN R. VOGEL, NYBA #5195664                    Jesse Froehling, WSBA #47881

7    Assistant United States Attorney                   Ridgeline Law Group, PLLC
     United States Attorney's Office                    2367 Tacoma Ave. S

8    700 Stewart Street, Suite 5220                     Tacoma, WA 98402
     Seattle, Washington  98101-1271                    Phone: 253-414-0152

9    Phone:  206-553-7970                               Fax: 253-303-6665

10   Fax:  206-553-4073                                 Email: jesse@ridgelinelaw.com
     Email:  kristen.vogel@usdoj.gov

11

12   Attorney for Defendant United States              Attorney for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER OF DISMISSAL C20-1619-            UNITED STATES ATTORNEY
RSL - 2                                                 700 STEWART STREET, SUITE 5220
                                                        SEATTLE, WASHINGTON 98101
                                                        (206) 553-7970

1

## ORDER

2

The parties having so stipulated and agreed, it is hereby **ORDERED** that this case is

3

4

dismissed with prejudice and without costs or fees to either party.  This Court shall retain

5

jurisdiction over the above-captioned action and the terms of the settlement thereof if and as

6

necessary.

7

DATED this ___26th___ day of ___February___ 2021.

8

9

10

Honorable Robert S. Lasnik
United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER OF DISMISSAL C20-1619-
RSL - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970